JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YOUNG HWA LEE, an individual,<br><br>Plaintiff<br><br>vs.<br><br>ZZYX ENTERTAINMENT, LLC, a Nevada limited liability company; RICK GARSON, an individual; EDWIN WINFIELD, an individual; CAPITOL PACIFIC GROUP, LLC, a Delaware limited liability company; WILLIAM SHRAGA, an individual; ERIC B. WHITE, an individual; JOHN YI, an individual; KYOUNG KIM, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants | CASE NO. 2:15-CV-07756-MWF-AS<br><br>The Honorable Michael W. Fitzgerald<br><br>**FINAL JUDGMENT AGAINST DEFENDANT ZZYX ENTERTAINMENT, LLC** |

Upon the joint stipulation of the parties and good cause appearing therefor, and pursuant to Rule 54 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment be entered against Defendant ZZYX Entertainment, LLC., 1771 East Flamingo Road, Suite 206A, Las Vegas, Nevada 89119, a Nevada Limited Liability Corporation (whose corporate status was revoked by the Nevada

Secretary of State in 2014), and in favor of Plaintiff Young Hwa Lee, in the amount of $39,342.85, plus interest at the legal rate from June 1, 2012 *per annum*.

DATED: March 7, 2017.

_____
MICHAEL W. FITZGERALD
United States District Judge